# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TRANSAMERICA CORPORATION,**

**Plaintiff,**

-vs-                                        Case No. 6:07-cv-1475-Orl-28UAM

**TRANSAMERICA CREDIT, INC., STEVEN GOLDSMITH,**

**Defendants.**

---

# ORDER

This case is before the Court on Plaintiff's Motion For Default Judgment Against Defendant Goldsmith (Doc. No. 17) filed December 17, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 1, 2008 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment Against Defendant Goldsmith is **GRANTED**.

3. The Court adopts Plaintiff's Proposed Order Granting Plaintiff's Motion for Default Judgment Against Steven Goldsmith and Entering Final Judgment (Doc. 17-3). That Order will be entered contemporaneously with this Order.

4. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant Steven Goldsmith.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23 day of April, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party